**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVARISTO QUINTANAR-OLIVERA, | No. 10-70608 |
| Petitioner, | Agency No. A070-163-195 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2012[**]

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

Evaristo Quintanar-Olivera, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") order of deportation. We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252. We review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The agency properly deemed Quintanar-Olivera's application for adjustment of status abandoned after he failed to file the application by the deadline set by the IJ. *See* 8 C.F.R. § 1003.31(c) (authorizing IJ to set filing deadlines and deem waived any application not filed by the deadline).

The IJ did not err by issuing a decision without a further hearing. Both the IJ and BIA granted Quintanar-Olivera's request for voluntary departure, and there was no need for the IJ to rule on Quintanar-Olivera's motion to suppress because it was relevant only to his eligibility for the abandoned application.

**PETITION FOR REVIEW DENIED.**